UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN CORNEJO,<br><br>        Plaintiff,<br><br>    v.<br><br>D. SHALTRY, et al.,<br><br>        Defendants. | Case No. 16-cv-05306-JST (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on June 6, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Efrain Cornejo.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Heewon Heidi Seo.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: June 6, 2018

ROBERT M ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN CORNEJO,<br><br>    Plaintiff,<br><br>v.<br><br>D. SHALTRY, et al.,<br><br>    Defendants. | Case No. 16-cv-05306-JST (RMI)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 6, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Efrain Cornejo ID: #:G-54283
Mule Creek State Prison (MCSP)
4001 Highway 104
P.O. Box 409040, Bldg.6, Cell 229
Ione, CA 95640

Dated: June 6, 2018

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Gloria Knudson, Deputy Clerk to the
                                              Honorable ROBERT M ILLMAN